# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2013
CLERK U.S...
SOUTHERN D...
BY                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DAVID TAVERA-ROMERO,<br><br>                    Defendant. | CASE NO. 13-cr-00095-DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

___     the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

**X**     of the offense(s) as charged in the Indictment/Information:

          21:952 and 960 - Importation of Cocaine (Felony)(1)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/30/13

                                        _____
                                        William McCurine, Jr.
                                        U.S. Magistrate Judge